# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ALANA GREEN and JAMES GREEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:19-cv-00833 |
| ) | |
| BEL HENDERSONVILLE, LLC and ) | JUDGE CAMPBELL |
| LINCOLN PROPERTY COMPANY, ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 17), which was filed on February 10, 2020. Through the Report and Recommendation, the Magistrate Judge recommends this action be dismissed without prejudice for failure to prosecute and follow court orders. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE